# ALABAMA COURT OF CRIMINAL APPEALS



December 1, 2023

**CR-2022-1326**
Sylvester Jackson, Jr. v. State of Alabama (Appeal from Escambia Circuit Court: CC-86-115.66)

# NOTICE

You are hereby notified that on December 1, 2023, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk